389 A.2d 187

Commonwealth ex rel. Kuykendall, Appellant, v. Hewitt.

Submitted March 14, 1977.  Gary E. Hartman, Assistant Public Defender, for appellant;  Robert A. Greevy, Assistant Attorney General, and Robert P. Kane, Attorney General, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.